| *Name of Bank & Address* | *Date of Research Report* | *Name of Analysts* |
|---|---|---|
| CIBC World Markets<br>300 Madison Ave.<br>New York, NY 10017 | March 16, 2005 | Matt Geller, Ph.D.<br>Bret Holley, Ph.D.<br>Tariq Kassum, M.D. |
| CIBC World Markets<br>300 Madison Ave.<br>New York, NY 10017 | May 3, 2005 | Matt Geller, Ph.D.<br>Bret Holley, Ph.D.<br>Tariq Kassum, M.D. |
| CIBC World Markets<br>300 Madison Ave.<br>New York, NY 10017 | May 19, 2005 | Matt Geller, Ph.D.<br>Bret Holley, Ph.D.<br>Tariq Kassum, M.D. |
| CIBC World Markets<br>300 Madison Ave.<br>New York, NY 10017 | August 18, 2005 | Matt Geller, Ph.D.<br>Bret Holley, Ph.D.<br>Tariq Kassum, M.D.<br>Brian Abrahams, M.D. |
| CIBC World Markets<br>300 Madison Ave.<br>New York, NY 10017 | November 10, 2005 | Bret Holley, Ph.D.<br>Tariq Kassum, M.D.<br>Brian Abrahams, M.D. |
| CIBC World Markets<br>300 Madison Ave.<br>New York, NY 10017 | November 11, 2005 | Bret Holley, Ph.D.<br>Tariq Kassum, M.D.<br>Brian Abrahams, M.D. |
| CIBC World Markets<br>300 Madison Ave.<br>New York, NY 10017 | March 2, 2006 | Bret Holley, Ph.D.<br>Brian Abrahams, M.D.<br>Michael Dinerman, M.D. |
| CIBC World Markets<br>300 Madison Ave.<br>New York, NY 10017 | March 20, 2006 | Bret Holley, Ph.D.<br>Brian Abrahams, M.D.<br>Michael Dinerman, M.D. |
| CIBC World Markets<br>300 Madison Ave.<br>New York, NY 10017 | May 10, 2006 | Bret Holley, Ph.D.<br>Brian Abrahams, M.D.<br>Michael Dinerman, M.D. |
| CIBC World Markets<br>300 Madison Ave.<br>New York, NY 10017 | May 12, 2006 | Bret Holley, Ph.D.<br>Brian Abrahams, M.D.<br>Michael Dinerman, M.D. |
| Fortis Bank<br>New York, NY | September 20, 2005 | Brian Lian, Ph.D. |
| Fortis Bank<br>New York, NY | November 11, 2005 | Brian Lian, Ph.D. |
| Fortis Bank<br>New York, NY | March 1, 2006 | Brian Lian, Ph.D. |
| Fortis Bank<br>New York, NY | March 21, 2006 | David Garrett |
| Fortis Bank<br>New York, NY | May 11, 2006 | David Garrett |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | June 23, 2005 | Michael G. King, Jr. |

| | | |
|---|---|---|
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | August 4, 2005 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D. |
| Rodman & Renshaw\<br>330 Madison Ave.<br>New York, NY 10017 | August 8, 2005 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D. |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | August 15, 2005 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D. |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | August 31, 2005 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D. |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | October 12, 2005 | William A. Iommi |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | October 12, 2005 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D. |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | November 10, 2005 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D. |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | January 11, 2006 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D.<br>Sandy D. Balkin, Ph.D. |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | March 2, 2006 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D.<br>Sandy D. Balkin, Ph.D. |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | March 20, 2006 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D.<br>Sandy D. Balkin, Ph.D. |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | April 5, 2006 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D.<br>Sandy D. Balkin, Ph.D. |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | May 10, 2006 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D.<br>Jerry Z. Tang, Ph.D. |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | May 11, 2006 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D.<br>Jerry Z. Tang, Ph.D. |
| Rodman & Renshaw<br>330 Madison Ave.<br>New York, NY 10017 | May 12, 2006 | Michael G. King, Jr.<br>Andrew Hack, M.D., Ph.D.<br>Jerry Z. Tang, Ph.D. |
| SG Cowen & Co.<br>New York, NY | March 2, 2006 | Joshua Schimmer, M.D.<br>Leland Gershell, M.D., Ph.D. |

| SG Cowen & Co.<br>New York, NY | March 2, 2006 | Joshua Schimmer, M.D.<br>Leland Gershell, M.D., Ph.D. |
| --- | --- | --- |
| SG Cowen & Co.<br>New York, NY | May 11, 2006 | Joshua Schimmer, M.D.<br>Leland Gershell, M.D., Ph.D. |
| SG Cowen & Co.<br>New York, NY | May 12, 2006 | Joshua Schimmer, M.D.<br>Leland Gershell, M.D., Ph.D. |