UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated, | : | Civil Action No. 1:07-cv-06227-JSR |
| | : | **(Consolidated)** |
| Plaintiff, | : | |
| | : | CLASS ACTION |
| vs. | : | |
| | : | NOTICE OF FIRM NAME CHANGE |
| THRESHOLD PHARMACEUTICALS, INC., et al., | : | |
| Defendants. | : | |

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP has changed its name to COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

DATED: September 4, 2007
        COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        SAMUEL H. RUDMAN
        DAVID A. ROSENFELD
        MARIO ALBA, JR.

        */s/ Mario Alba, Jr.*
        MARIO ALBA, Jr.

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\Threshold\Pleadings\Name Change.doc

- 1 -

## CERTIFICATE OF SERVICE

I, Mario Alba, Jr., hereby certify that on September 4, 2007, I caused a true and correct copy of the attached:

Notice of Firm Name Change

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

   /s/ *Mario Alba, Jr.*
MARIO ALBA, Jr.

THRESHOLD

Service List - 8/31/2007    (07-0144)

Page 1 of 1

**Counsel For Defendant(s)**

| | |
|---|---|
| Michael L. Charlson | Laurence A. Weiss |
| Kevin A. Burke | Alexander M.R. Lyon |
| Heller Ehrman LLP | Heller Ehrman LLP |
| Times Square Tower, 7 Times Square | 275 Middlefield Road |
| New York, NY  10036 | Menlo Park, CA  94025 |
|     212/832-8300 |     650/324-7000 |
|     212/763-7600 (Fax) |     650/324-0638 (Fax) |

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Evan J. Smith | Samuel H. Rudman |
| Brodsky & Smith, LLC | David A. Rosenfeld |
| 240 Mineola Blvd., 1st Floor | Mario  Alba, Jr. |
| Mineola, NY  11501 | Coughlin Stoia Geller Rudman & Robbins LLP |
|     516/741-4977 | 58 South Service Road, Suite 200 |
|     516/741-0626 (Fax) | Melville, NY  11747 |
| |     631/367-7100 |
| |     631/367-1173 (Fax) |
| Marc S. Henzel | Richard A. Maniskas |
| Law Offices of Marc S. Henzel | D. Seamus Kaskela |
| 273 Montgomery Avenue, Suite 202 | Schiffrin Barroway Topaz & Kessler, LLP |
| Bala Cynwyd, PA  19004 | 280 King of Prussia Road |
|     610/660-8000 | Radnor, PA  19087 |
|     610/660-8080 (Fax) |     610/667-7706 |
| |     610/667-7056 (Fax) |