**Movant's Purchases and Losses**                                                                                                                                          **Threshold**

| Name | Date | Shares Purchased | Share Price | Total Cost | Date** | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Michael Hentosh | 05/12/2006 | 500 | $3.35 | $1,674.99 | 05/16/2006 | 1,000 | $3.26 | $3,259.90 | |
| Michael Hentosh | 05/12/2006 | 1,000 | $3.40 | $3,399.99 | 05/19/2006 | 2,359 | $3.23 | $7,609.34 | |
| Michael Hentosh | 05/12/2006 | 1,000 | $3.20 | $3,199.99 | 05/19/2006 | 3,000 | $3.16 | $9,469.71 | |
| Michael Hentosh | 05/12/2006 | 1,500 | $3.40 | $5,094.99 | 05/22/2006 | 2,100 | $3.64 | $7,633.77 | |
| Michael Hentosh | 05/12/2006 | 2,000 | $3.47 | $6,949.99 | 05/22/2006 | 3,400 | $4.03 | $13,692.53 | |
| Michael Hentosh | 05/15/2006 | 2,000 | $3.35 | $6,709.99 | 05/22/2006 | 6,600 | $4.01 | $26,465.18 | |
| Michael Hentosh | 05/15/2006 | 4,000 | $3.49 | $13,969.99 | 05/23/2006 | 10,000 | $3.77 | $37,673.85 | |
| Michael Hentosh | 05/15/2006 | 5,000 | $3.51 | $17,559.99 | 05/24/2006 | 5,000 | $4.10 | $20,489.38 | |
| Michael Hentosh | 05/16/2006 | 1,000 | $3.38 | $3,379.99 | 05/25/2006 | 1,100 | $4.36 | $4,795.85 | |
| Michael Hentosh | 05/19/2006 | 1,359 | $3.24 | $4,399.55 | 05/25/2006 | 1,300 | $4.35 | $5,654.82 | |
| Michael Hentosh | 05/19/2006 | 5,000 | $3.70 | $18,509.99 | 05/25/2006 | 10,000 | $4.00 | $39,988.78 | |
| Michael Hentosh | 05/19/2006 | 3,000 | $3.88 | $11,634.99 | 05/25/2006 | 1,600 | $4.36 | $6,981.79 | |
| Michael Hentosh | 05/19/2006 | 3,000 | $3.85 | $11,559.99 | 05/25/2006 | 9,391 | $4.27 | $40,088.34 | |
| Michael Hentosh | 05/22/2006 | 10,000 | $3.90 | $39,024.99 | 05/25/2006 | 900 | $4.21 | $3,788.88 | |
| Michael Hentosh | 05/23/2006 | 1,000 | $3.92 | $3,919.99 | 05/26/2006 | 4,100 | $4.23 | $17,332.47 | |
| Michael Hentosh | 05/23/2006 | 2,100 | $3.86 | $8,115.99 | 05/30/2006 | 8,000 | $4.08 | $32,629.00 | |
| Michael Hentosh | 05/25/2006 | 5,000 | $3.70 | $18,509.99 | 05/31/2006 | 10,000 | $4.00 | $39,988.78 | |
| Michael Hentosh | 05/25/2006 | 1,000 | $4.14 | $4,139.99 | 06/05/2006 | 10,000 | $4.40 | $43,988.65 | |
| Michael Hentosh | 05/25/2006 | 2,000 | $4.27 | $8,549.99 | 06/06/2006 | 46,000 | $4.15 | $190,884.14 | |
| Michael Hentosh | 05/25/2006 | 4,400 | $4.45 | $19,589.99 | 06/08/2006 | 32,500 | $3.85 | $125,111.16 | |
| Michael Hentosh | 05/25/2006 | 8,641 | $4.27 | $36,907.06 | 06/13/2006 | 10,000 | $3.70 | $36,968.87 | |
| Michael Hentosh | 05/26/2006 | 500 | $4.18 | $2,089.99 | 06/14/2006 | 13,000 | $3.59 | $46,658.57 | |
| Michael Hentosh | 05/26/2006 | 653 | $4.17 | $2,723.01 | 06/28/2006 | 300 | $3.31 | $991.97 | |
| Michael Hentosh | 05/26/2006 | 3,347 | $4.18 | $14,000.45 | 06/28/2006 | 4,700 | $3.32 | $15,593.53 | |
| Michael Hentosh | 05/26/2006 | 5,000 | $4.18 | $20,909.99 | 07/05/2006 | 5,383 | $3.40 | $18,291.64 | |
| Michael Hentosh | 05/30/2006 | 500 | $4.19 | $2,094.99 | 07/17/2006 | 220 | $1.88 | $413.58 | |
| Michael Hentosh | 05/30/2006 | 1,000 | $4.08 | $4,079.99 | 07/17/2006 | 1,400 | $1.90 | $2,662.92 | |
| Michael Hentosh | 05/30/2006 | 5,000 | $4.13 | $20,659.99 | 07/17/2006 | 1,500 | $1.89 | $2,839.92 | |
| Michael Hentosh | 05/31/2006 | 499 | $4.09 | $2,040.92 | 07/17/2006 | 7,500 | $1.90 | $14,249.56 | |
| Michael Hentosh | 05/31/2006 | 501 | $4.10 | $2,054.07 | 07/17/2006 | 8,600 | $1.88 | $16,142.51 | |
| Michael Hentosh | 05/31/2006 | 3,000 | $4.02 | $12,069.99 | 07/17/2006 | 10,780 | $1.85 | $19,942.38 | |
| Michael Hentosh | 05/31/2006 | 6,000 | $4.07 | $24,444.99 | | | | | |
| Michael Hentosh | 06/01/2006 | 2,000 | $4.10 | $8,209.99 | | | | | |
| Michael Hentosh | 06/01/2006 | 3,000 | $4.10 | $12,309.99 | | | | | |
| Michael Hentosh | 06/01/2006 | 4,000 | $4.56 | $18,249.99 | | | | | |
| Michael Hentosh | 06/02/2006 | 131 | $4.68 | $612.59 | | | | | |
| Michael Hentosh | 06/02/2006 | 269 | $4.65 | $1,250.85 | | | | | |
| Michael Hentosh | 06/02/2006 | 2,129 | $4.60 | $9,803.39 | | | | | |
| Michael Hentosh | 06/02/2006 | 7,000 | $4.58 | $32,069.99 | | | | | |
| Michael Hentosh | 06/05/2006 | 1,000 | $4.66 | $4,659.99 | | | | | |
| Michael Hentosh | 06/05/2006 | 1,000 | $4.47 | $4,469.99 | | | | | |
| Michael Hentosh | 06/05/2006 | 5,000 | $4.55 | $22,759.99 | | | | | |
| Michael Hentosh | 06/05/2006 | 5,000 | $4.53 | $22,659.99 | | | | | |
| Michael Hentosh | 06/05/2006 | 5,000 | $4.39 | $21,959.99 | | | | | |

**Movant's Purchases and Losses**

| | | | | | Threshold |
|---|---|---|---|---|---|
| Michael Hentosh | 06/05/2006 | 5,000 | $4.37 | $21,859.99 | |
| Michael Hentosh | 06/05/2006 | 10,000 | $4.56 | $45,609.99 | |
| Michael Hentosh | 06/05/2006 | 10,000 | $4.56 | $45,609.99 | |
| Michael Hentosh | 06/06/2006 | 10,000 | $4.13 | $41,309.99 | |
| Michael Hentosh | 06/06/2006 | 12,000 | $4.18 | $50,169.99 | |
| Michael Hentosh | 06/06/2006 | 14,000 | $4.38 | $61,329.99 | |
| Michael Hentosh | 06/08/2006 | 3,000 | $4.09 | $12,279.99 | |
| Michael Hentosh | 06/08/2006 | 15,000 | $3.94 | $59,109.99 | |
| Michael Hentosh | 06/09/2006 | 5,000 | $3.98 | $19,909.99 | |
| Michael Hentosh | 06/09/2006 | 5,000 | $4.06 | $20,309.99 | |
| Michael Hentosh | 06/09/2006 | 5,000 | $4.05 | $20,274.99 | |
| Michael Hentosh | 06/16/2006 | 600 | $3.66 | $2,193.99 | |
| Michael Hentosh | 06/16/2006 | 1,400 | $3.65 | $5,110.00 | |
| Michael Hentosh | 06/19/2006 | 100 | $3.70 | $369.99 | |
| Michael Hentosh | 06/19/2006 | 2,000 | $3.50 | $7,009.99 | |
| Michael Hentosh | 06/22/2006 | 100 | $3.97 | $396.99 | |
| Michael Hentosh | 06/22/2006 | 100 | $3.95 | $394.99 | |
| Michael Hentosh | 06/23/2006 | 606 | $3.55 | $2,149.17 | |
| Michael Hentosh | 06/23/2006 | 1,094 | $3.54 | $3,871.81 | |
| Michael Hentosh | 06/23/2006 | 2,000 | $3.54 | $7,089.99 | |
| Michael Hentosh | 06/23/2006 | 2,000 | $3.46 | $6,929.99 | |
| Michael Hentosh | 06/28/2006 | 5,000 | $3.35 | $16,759.99 | |
| Michael Hentosh | 07/05/2006 | 466 | $3.64 | $1,697.93 | |
| Michael Hentosh | 07/05/2006 | 1,917 | $3.50 | $6,715.32 | |
| Michael Hentosh | 07/06/2006 | 3,000 | $3.49 | $10,479.99 | |
| **Movant's Total** | | **246,762** | | **$1,008,089.03** | **246,762** | **$924,277.39** | **($83,811.64)** |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $2.08 as of October 12, 2006.

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.